# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LITIGATION (NO. VI) | (U.S. D.C. Middle District of Alabama, Case No. 2:09-CV-565) |
| DORIS ELLISON, Individually and as Personal Representation of the Estate of PERRY MOZELL ELLISON, <br><br> Plaintiff, <br><br> vs. <br><br> ABESTOS DEFENDANTS, <br><br> Defendants. | MDL 875 <br><br> C. A. No. CV-09-90809-EDPA <br><br>  |

## ORDER

Having considered the Unopposed Motion to Substitute KOBE STEEL, LTD. as Defendant Instead and In Place of Kobe Steel USA Inc. and Kobelco Construction Machinery America, LLP ("Motion to Substitute"), the Court hereby orders the substitution of KOBE STEEL, LTD. as defendant instead and in place of Kobe Steel USA Inc. and Kobelco Construction Machinery America, LLP. In all instances in which Kobe Steel USA Inc. and/or Kobelco Construction Machinery America, LLP are identified in any pleadings and papers filed in this proceeding, such pleadings and papers are deemed amended to substitute KOBE STEEL, LTD. instead and in place of Kobe Steel USA Inc. and Kobelco Construction Machinery

America, LLP. Furthermore, Kobe Steel USA Inc. and Kobelco Construction Machinery America, LLP are hereby dismissed from the instant case without prejudice.

Done and ordered this 22 day of July, 2010.

_____
District Court Judge

cc: All counsel of record