IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LITIGATION (NO. VI) | (U.S. D.C. Middle District of Alabama, Case No. 2:09-CV-565) |
| DORIS ELLISON, Individually and as Personal Representation of the Estate of PERRY MOZELL ELLISON, | MDL 875 |
| Plaintiff, | ED-PA-C. A. No. 09-CV-90809 |
| vs. | |
| ASBESTOS DEFENDANTS, | |
| Defendants. | |

FILED
MAR 1 1 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Cler

## ORDER OF DISMISSAL OF KOBE STEEL LTD. WITH PREJUDICE

It is hereby ORDERED that the Motion for Voluntary Dismissal of Defendant Kobe Steel Ltd. With Prejudice, filed by Plaintiff, by and through counsel for the Plaintiff and his personal representative, Doris Ellison, is GRANTED.

Defendant Kobe Steel Ltd. (incorrectly identified in the Complaint as Kobelco Construction Machinery America, LLP and Kobe Steel, USA, Inc.) is hereby dismissed from the above-referenced matter with prejudice, costs taxed as paid.

_____
United States District Court Judge
Eduardo C. Robreno, J.

03/10/11